UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DIANA M. R., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00082-MPB-MJD |
| | ) |
| KILOLO KIJAKAZI Acting Commissioner of Social Security Administration, | ) ) ) |
| | ) |
| Defendant. | ) |

**ENTRY ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION**

In January of 2023, Plaintiff Diana M. R. timely filed this action with the Court to review the denial of Title II and Title XVI benefits. The Court referred the matter to Magistrate Judge Mark Dinsmore on August 31, 2023, pursuant to 28 U.S.C. § 636. (Docket No. 19).

Judge Dinsmore issued a detailed and thorough Report and Recommendation recommending that this Court reverse and remand the Commissioner's Decision. (Docket No. 20). Federal Rule of Civil Procedure 72(b)(2) gives parties 14 days to object to the R&R. No party has done so within that time. Consequently, the court reviews the R&R for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After reviewing the record, the court finds that the Magistrate Judge did not commit clear error. Therefore, the court **ADOPTS** the Magistrate Judge's Report and

Recommendation. (Docket No. 20). The Commissioner's decision is **REVERSED** and **REMANDED**. Judgment consistent with this Entry shall issue by separate order.

IT IS SO ORDERED.

Dated: February 22, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.